1

2

3

4

5

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   WADRICK BOULIGNY,                         No.  2:24-CV-2069-DMC-P

12                  Plaintiff,

13        v.                                   ORDER

14   O. RUIZ, et al.,

15                  Defendants.

16

17        Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the Court are: (1) Plaintiff's motions for leave to file a first

19   amended complaint, ECF Nos. 13 and 15; (2) Defendants' motion for screening of Plaintiff's first

20   amended complaint, ECF No. 17; and (3) Plaintiff's motion for clarification, ECF No. 18.

21        The Federal Rules of Civil Procedure provide that a party may amend his or her

22   pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is

23   one to which a responsive pleading is required, within 21 days after service of the responsive

24   pleading, see Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule

25   12(b), (e), or (f) of the rules, whichever time is earlier, see Fed. R. Civ. P. 15(a)(1)(B).  In all

26   other situations, a party's pleadings may only be amended upon leave of court or stipulation of all

27   the parties. See Fed. R. Civ. P. 15(a)(2).  Here, Plaintiff seeks leave to amend his original

28   complaint.  Because no responsive pleading or motion under Rule 12 has been filed, leave of

court is not required.  Plaintiff's motions for leave to amend will, therefore, be denied as unnecessary.  This action will proceed on the first amended complaint filed on October 3, 2024, at ECF No. 16.  This resolves Plaintiff's motion for clarification as to the status of the pleadings in this case.

Defendants' motion for screening of the first amended complaint pursuant to the Prison Litigation Reform Act will be granted.  The Court will address the sufficiency of the first amended complaint by separate order.

Accordingly, IT IS HEREBY ORDERED as follows:

1.      Plaintiff's motions for leave to amend, ECF Nos. 13 and 15, are denied as unnecessary.

2.      This action proceeds on the first amended complaint, ECF No. 16, filed on October 3, 2024.

3.      This order resolves Plaintiff's motion for clarification, ECF No. 18, which the Clerk of the Court is directed to TERMINATE as a pending motion.

4.      Defendants' motion for screening of the first amended complaint, ECF No. 17, is GRANTED.


**Dated:  November 13, 2024**

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2