IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADRICK BOULIGNY,<br><br>          Plaintiff,<br><br>     v.<br><br>O. RUIZ, et al.,<br><br>          Defendants. | No.  2:24-CV-2069-DMC-P<br><br><br>ORDER |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

   Pending before the Court is Plaintiff's request that the Court notify the prison trust office that filing fees have been paid in full and that no further deductions from Plaintiff's prison trust account are necessary for filing fees in this case. See ECF No. 20.  According to Plaintiff, his family members mailed a check to the Court for full payment of the filing fees. See id.  A review of the docket reflects that, on March 10, 2025, the Court's Financial Office was notified of the overpayment and that Plaintiff was provided notice that the overpayment would be refunded in May 2025. See ECF No. 22.  Accordingly, Plaintiff's request will be denied as moot.

/ / /

/ / /

/ / /

1

Also before the Court is Plaintiff's request for screening of his first amended complaint. See ECF No. 23. Good cause appearing therefor, Plaintiff's request will be granted, and the Court will, by separate order, screen Plaintiff's first amended complaint pursuant to the provisions of the Prison Litigation Reform Act.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's request regarding overpayment of filing fees, ECF No. 20, is denied as moot.

2. Plaintiff's request for screening, ECF No. 23, is granted and Plaintiff's first amended complaint will be addressed by separate order.

Dated:  June 12, 2025

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE