IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WADRICK BOULIGNY,<br><br>                Plaintiff,<br><br>        v.<br><br>O. RUIZ, et al.,<br><br>                Defendants. | No.  2:24-CV-2069-DMC-P<br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.

On July 2, 2025, the Court issued an order addressing the sufficiency of Plaintiff's first amended complaint. See ECF No. 26. The Court determined that the first amended complaint states a plausible Eighth Amendment claim against Defendants Ruiz and Alamillo but fails to state claims against Defendants California Department of Corrections and Rehabilitation or St. Andre. See id. at 4. Plaintiff was provided with an opportunity to file a further amended complaint to address the defects identified in the Court's order and cautioned that if no further amended complaint was filed within the time permitted therefor, the Court would direct that this action proceed on the cognizable claims and would recommend dismissal of the remaining defendants. See id. at 5-6. On July 21, 2025, Plaintiff filed notice of non-objection to dismissal of Defendants California Department of Corrections and Rehabilitation and St. Andre. See ECF

No. 27.  The Court will construe Plaintiff's filing as a request for voluntary dismissal of these defendants.  Defendants Ruiz and Alamillo have waived service and will be directed to file a response to Plaintiff's first amended complaint.

        Accordingly, IT IS HEREBY ORDERED as follows:

        1.      Plaintiff's July 21, 2025, filing, ECF No. 27, is construed as a request for voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

        2.      Plaintiff's request for voluntary dismissal is approved.

        3.      Defendants California Department of Corrections and Rehabilitation and St. Andre are dismissed on Plaintiff's notice.

        4.      This action proceeds against Defendants Ruiz and Alamillo.

        5.      Defendants Ruiz and Alamillo shall file a response to Plaintiff's first amended complaint within 30 days of the date of this order.

**Dated:  July 30, 2025**

                                      DENNIS M. COTA
                                      UNITED STATES MAGISTRATE JUDGE